Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 57965.**—D. C. Andrews & Co., Inc. *v.* United States, protest 205439–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 57966.**—D. C. Andrews & Co., Inc. *v.* United States, protest 210547–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 57967.**—D. C. Andrews & Co., Inc. *v.* United States, protest 210548–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 57968.**—Silmo Chemical Corporation *v.* United States, protest 204994–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that if the affidavit of the ultimate consignee had been filed with the collector prior to liquidation of the entry, the 64 drums would have been returned free of duty under